UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08mj0445 |
| vs. | ORDER |
| Correa-Contreras, et al. | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge CATHY ANN BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Lorenzo Diaz-Gonzalez

DATED: 3/3/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ____________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95