2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL CORREA-CONTRERAS (1),<br>JOSE TORRES-GARCIA (2),<br>BENITA VALENCIA-SALOMON(3),<br>RICARDO SOTO-FERNANDEZ (4),<br>OSCAR MORALES-BARAJAS (5),<br>ALFREDO AGUILAR-MORALES (6),<br>ANTHONY MORALES (7),<br><br>Defendants. | Criminal Case No. 08CR0585-JAH<br><br>INFORMATION<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) - Harboring Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Sec. 1326(a) -Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

Count 1

On or about February 13, 2008, within the Southern District of California, defendants JOSE TORRES-GARCIA and BENITA VALENCIA-SALOMON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Jose Daniel Anaya-Silva, Mauro Luna-Bribiezca, and Salvador Perez-Gomez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such

//

//

CPH:es:San Diego
2/22/2008

aliens in a building located at 3540 Sunset Lane, San Ysidro, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

Count 2

On or about February 13, 2008, within the Southern District of California, defendants RICARDO SOTO-FERNANDEZ and ANTHONY MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Javier Diaz-Morales, Miguel Soto-Davalos and Lorenzo Diaz-Gonzalez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such aliens in a building located at 282 West Calle Primera, San Ysidro, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

Count 3

On or about February 13, 2008, within the Southern District of California, defendants OSCAR MORALES-BARAJAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Ramirez-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 4

On or about February 13, 2008, within the Southern District of California, defendants ALFREDO AGUILAR-MORALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Reynaldo Cruz-

Chavez, Paula Mata-Avana, Maria Mata-Jimenez and Carlos Abel Cervantes-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about February 13, 2008, within the Southern District of California, defendant GABRIEL CORREA-CONTRERAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 3/4/08.

KAREN P. HEWITT
United States Attorney

[signature]

for CAROLINE P. HAN
Assistant U.S. Attorney