AO 455 (Rev. 12/03) Waiver of Indictment

FILED MAR - 4 2008

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

GABRIEL CORREA-CONTRERAS

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR585-JAH

I, GABRIEL CORREA-CONTRERAS, the above named defendant, who is accused of

8 USC 1326(a) Deported Alien Found in the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/4/08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gabriel Correa Contreras
*Defendant*

*Counsel for Defendant*
for James Brown

Before [signature]
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd