UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 MAR -7 A 9:18

08CR0585-JAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Alfredo Aguilar-Morales<br><br>Defendant(s) | CRIMINAL NO. 08mj0445<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, William McCurine

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Reynaldo Cruz-Chavez

DATED: 3/7/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082