FILED

08 APR -3 AM 9:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE WILLIAM McCURINE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CORREA-CONTRERAS, et al.,<br>Defendant. | Case No.: 08CR0585-JAH<br>Hon: William McCurine<br><br>ORDER TO EXONERATE THE MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness PAULA MATA-AVANA, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

Dagoberto Carreño

1030 Magnolia Avenue, Carlsbad, CA 92008

Dated: 4/2/08

[signature]

Hon. William McCurine
U.S. Magistrate Judge