FILED

2008 APR -3 PM 4:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE WILLIAM McCURINE, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CORREA-CONTRERAS, et al. Defendant. | Case No.: 08 mj 0445 / 08 cr 0585-JAH<br>Hon: William McCurine, Jr.<br><br>ORDER TO EXONERATE THE MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material Javier Diaz-Morales, be exonerated. The deposit of four thousand dollars ($500.00) for the bond be returned to the surety:

ORLANDO DIAZ GONZALEZ

3204 NE 45th ST., VANCOUVER, WA 98663

Dated: 4/3/08

William McCurine, Jr.
U.S. Magistrate Judge